# Court of Appeals
# of the State of Georgia

ATLANTA,  June 09, 2021

*The Court of Appeals hereby passes the following order:*

## A21A1444.  JAMES A. RAFAC v. JIANGSU LINHAI POWER MACHINERY GROUP CORPORATION.

Plaintiff James A. Rafac filed a personal injury suit against multiple defendants, including Jiangsu Linhai Power Machinery Group Corp.  Jiangsu filed a motion to dismiss for lack of timely service of process, which the trial court granted. In a prior appeal, this Court vacated the trial court's dismissal order ("the initial dismissal order") and judgment and remanded the case for reconsideration of the motion to dismiss under the proper legal standard. See Case No. A20A0905, decided Nov. 2, 2020. Following remand, the trial court conducted additional proceedings and entered a second dismissal order, from which Rafac now appeals. We lack jurisdiction.

The trial court's second dismissal order only pertained to Jiangsu, and it appears that the claims against the other defendants remain unresolved. "Unless the court in an order dismissing one of multiple defendants makes an express determination of finality as set out in OCGA § 9-11-54 (b)[,] . . . the case is still pending in the trial court and the procedure for interlocutory appeals [under OCGA § 5-6-34 (b)] must be followed." *All Risk Ins. Agency, Inc. v. Rockbridge Sanitation Co.*, 166 Ga. App. 728, 728 (305 SE2d 390) (1983) (punctuation omitted). Accord *Spivey v. Rogers*, 167 Ga. App. 729, 729 (307 SE2d 677) (1983). Where, as here, neither of these code sections has been followed,[1] the appeal is premature and must

---

[1] The record for the prior appeal reflected that after entering the initial dismissal order, the trial court also entered a final judgment as to Jiangsu pursuant to

be dismissed. See *All Risk Ins. Agency, Inc.*, 166 Ga. App. at 728. Accordingly, this direct appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*

    *Clerk's Office, Atlanta,*  06/09/2021

    *I certify that the above is a true extract from*

*the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court*

*hereto affixed the day and year last above written.*

*Stephen E. Castlen* _____ , Clerk.

---

OCGA § 9-11-54 (b). But the judgment was vacated in the prior appeal. The provisions of OCGA § 9-11-54 (b) were not invoked when the trial court subsequently entered the second dismissal order. As a result, the second dismissal order is not directly appealable. See OCGA § 5-6-34 (a); *Carlisle v. Travelers Ins. Co.*, 195 Ga. App. 21, 22 (392 SE2d 344) (1990).